IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GARNER KEMP**                                                                                 **PLAINTIFF**

**VS.**                                                                          **NO. 4:09cv60-TSL-LRA**

**FREDDIE LOUISVILLE, YRC, INC.,**
**ROADWAY EXPRESS INC., AND**
**JOHN DOES 1-2**                                                           **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the joint ore tenus motion of Plaintiff Garner Kemp and Defendants Freddie Louisville, YRC, Inc. and Roadway Express Inc., and the Court being advised that the parties have compromised and settled all claims and Plaintiff's Complaint herein and therefore desire the Court to dismiss all claims and Plaintiff's Complaint herein with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of all parties and Plaintiff's Complaint herein are hereby dismissed with prejudice, with each party to bear their own costs of litigation.

SO ORDERED AND ADJUDGED this the 7th day of October, 2009.

                                                      /s/Tom S. Lee
                                                      UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Stephen P. Wilson
Stephen P. Wilson (MSB #101219)
Attorney for Plaintiff Garner Kemp

/s/ R. Jarrad Garner
R. Jarrad Garner (MSB #99584)
Attorney for Defendants
Freddie Louisville, YRC, Inc., and Roadway Express Inc.